# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1205

_____

Steven Griggs,                                          *
                                                       *
            Appellant,                                 *
                                                       *    Appeal from the United States
      v.                                               *    District Court for the
                                                       *    Western District of Missouri.
State of Missouri; Jeremiah W. Nixon;                  *
Shelley A. Woods; Paul Wilson,                         *    [UNPUBLISHED]
                                                       *
            Appellees.                                 *

_____

Submitted: June 2, 2010
Filed: June 7, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Steven Griggs appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. Upon de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we agree that dismissal was proper. See 25

---

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri, now retired.

U.S.C. § 305e(d)(3); <u>Delorme v. United States</u>, 354 F.3d 810, 815 (8th Cir. 2004). Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____